# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **STEPHEN HAMER** | ) |
| | ) **Case No. 1:16-cv-02545-NYW-KMT** |
| | ) |
| **v.** | ) **MAG. JUD. NINA Y. WANG** |
| | ) |
| **CITY OF TRINIDAD** | ) **MAG. JUD. KATHLEEN M. TAFOYA** |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Fed. R. App. P. 3(a) and 4(a), Stephen Hamer, in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment, Rec. Doc. 68, and the memorandum opinion and order, Rec. Doc. 67, both of which were entered in this matter on December 1, 2017.

Dated: December 20, 2017.

Respectfully Submitted,

/s/ *Garret S. DeReus*
**BIZER & DEREUS**
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

Colorado Legal Associates
Matthew J. Greife (CO#43487)
mgreife@uga.edu
1550 Wewatta Street – 2nd Floor
Denver, CO 80202
T: 612-964-5071

1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading has been delivered to all counsel of record on December 20, 2017 by ECF filing.

                                                    By:/s/ Garret S. DeReus
                                                          **GARRET S. DeREUS**