FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 15, 2019

Elisabeth A. Shumaker
Clerk of Court

_____

STEPHEN HAMER,

    Plaintiff - Appellant,

v.

CITY OF TRINIDAD,

    Defendant - Appellee.

------------------------------

COLORADO MUNICIPAL LEAGUE,

    Amicus Curiae.

No. 17-1456
(D.C. No. 1:16-CV-02545-NYM-KMT)
(D. Colo.)

_____

**JUDGMENT**
_____

Before **BRISCOE**, **BACHARACH**, and **CARSON**, Circuit Judges.
_____

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is reversed.  The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                                         Entered for the Court

                                         *Elisabeth A. Shumaker*

                                         ELISABETH A. SHUMAKER, Clerk