**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                       Chris Wolpert
Clerk of Court                              June 20, 2019                        Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

    **RE:**     17-1456, Hamer v. City of Trinidad
                  Dist/Ag docket: 1:16-CV-02545-NYM-KMT

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 15, 2019 judgment takes effect this date.

Please contact this office if you have questions.

                                                          Sincerely,

                                                          Elisabeth A. Shumaker
                                                         Clerk of the Court

cc:      Andrew D Bizer
           Dianne M. Criswell
           Garret S DeReus
           Marni Nathan Kloster
           Wynetta Massey
           Nicholas C Poppe
           Lindsay M. Rose

EAS/na