**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.      1:16-CV-02545-NYW-KMT

STEPHEN HAMER

Plaintiff,

v.

CITY OF TRINIDAD

Defendant.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and move this Honorable Court to enter an Order of Dismissal, with prejudice, and as grounds thereto state as follows:

1. All matters at issue in the above captioned action have been resolved to the satisfaction of the parties and there currently remain no issues to be litigated.

2. The parties therefore agree to a dismissal, with prejudice, of the above captioned civil action, each party to bear its own costs and attorney's fees arising from this matter.

WHEREFORE, the parties hereby request this Honorable Court enter an Order confirming the above action is dismissed, with prejudice, each party to bear their own costs and attorney's fees.

-2-

Respectfully submitted this 27th day of March, 2020.

  /s/ Andrew D. Bizer_____
Andrew D. Bizer
Garret S. DeReus
3319 St. Claude Ave.
New Orleans, LA 70117
T: (504) 619-9999
F: (504) 948-9996
andrew@bizerlaw.com
gdereus@bizerlaw.com

-AND-

/s/Marni Nathan Kloster_____
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
mkloster@ndm-law.com
npoppe@ndm-law.com
Attorneys for the City of Trinidad

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of March, 2020, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Marni Nathan Kloster
Nicholas C. Poppe
Attorney for Defendant
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106
MNathan@ndm-law.com

                                            /s/ Andrew D. Bizer
                                            BIZER & DEREUS, LLC
                                            Andrew D. Bizer
                                            Garret S. DeReus
                                            3319 St. Claude Ave.
                                            New Orleans, LA 70117
                                            T: (504) 619-9999
                                            F: (504) 948-9996
                                            andrew@bizerlaw.com
                                            gdereus@bizerlaw.com
                                            *Attorneys for the Plaintiff*